PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2751
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ADILSON JOSE MONTIERO, <br><br> Defendant. | CASE NO. 2:22-CR-0071-KJM <br><br> NOTICE OF REQUEST TO SEAL |

Pursuant to Local Rule 141(b), the United States, by and through Assistant United States Attorney David W. Spencer, provides notice that it is requesting to file under seal a four-page document. The request for sealing is based upon the reasons set forth in the United States's Request to Seal. The four-page document will be provided to the Court by electronic mail and this Notice of Request to Seal will be served on all parties through the Court's ECF/PACER system. The Request to Seal and Proposed Order will be sent to the Court and defense counsel by electronic mail.

For these reasons, the government respectfully requests that the government's motion remain under seal until further Order of the Court.

Dated: May 5, 2022                                     */s/ David Spencer*
                                                        DAVID W. SPENCER
                                                        Assistant United States Attorney