1  PHILLIP A. TALBERT
   United States Attorney
2  DAVID W. SPENCER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO. 2:22-CR-0071-KJM

12                Plaintiff,               ORDER SEALING DOCUMENTS AS SET FORTH
                                           IN GOVERNMENT'S NOTICE
13        v.

14 ADILSON JOSE MONTIERO,

15                Defendant.

16

17        Pursuant to Local Rule 141(b) and based upon the representation contained in the government's

18 Request to Seal, IT IS HEREBY ORDERED that the four-page document, and the government's

19 Request to Seal shall be SEALED until further order of this Court.

20        It is further ordered that access to the sealed documents shall be limited to the government and

21 counsel for the defendant.

22        The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*

23 *for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in

24 the government's request, sealing the government's motion serves a compelling interest. The Court

25 further finds that, in the absence of closure, the compelling interests identified by the government would

26 be harmed. In light of the public filing of its request to seal, the Court further finds that there are no

27 additional alternatives to sealing that would adequately protect the compelling interests identified by the

28 government.

1 | DATED: May 9, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE