PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2751
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADILSON JOSE MONTIERO,<br><br>Defendant. | CASE NO. 2:22-CR-0071-KJM<br><br>NOTICE OF REQUEST TO SEAL |

Pursuant to Local Rule 141(b), the United States, by and through Assistant United States Attorney David W. Spencer, provides notice that it is requesting to file under seal: (1) a sentencing letter filed with the Court in connection with the criminal prosecution of defendant Adilson Jose Montiero based upon the concerns articulated in the government's Request to Seal Documents; and (2) a Request to Seal Documents.  These documents will be provided to the Court and defense counsel by electronic mail.

Dated:  August 8, 2022        */s/ David Spencer*
                              DAVID W. SPENCER
                              Assistant United States Attorney