1  MICHELE BECKWITH
Acting United States Attorney
2  DAVID W. SPENCER
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO.  2:22-CR-0071-KJM

12              Plaintiff,             ORDER SEALING DOCUMENTS AS SET FORTH
                                       IN GOVERNMENT'S NOTICE
13        v.

14  ADILSON JOSE MONTIERO,

15              Defendant.

16

17        Pursuant to Local Rule 141(b) and based upon the representation contained in the government's

18  Request to Seal, IT IS HEREBY ORDERED that the three-page document pertaining to defendant

19  Adilson Jose Montiero, and the government's Request to Seal shall be SEALED until further order of

20  this Court.

21        It is further ordered that access to the sealed documents shall be limited to the government and

22  counsel for the defendant.

23        The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*

24  *for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in

25  the government's request, sealing the three-page document and the government's Request to Seal serves

26  a compelling interest.  The Court further finds that, in the absence of closure, the compelling interests

27  identified by the government would be harmed. In light of the public filing of its request to seal, the

28  / / /

[PROPOSED] ORDER SEALING DOCUMENTS AS SET
FORTH IN GOVERNMENT'S NOTICE

1

1  Court further finds that there are no additional alternatives to sealing that would adequately protect the

2  compelling interests identified by the government.

3  DATED:  April 16, 2025.

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER SEALING DOCUMENTS AS SET
FORTH IN GOVERNMENT'S NOTICE

2