MICHELE BECKWITH
Acting United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ADILSON JOSE MONTIERO,<br><br>　　　　　　　　Defendant. | CASE NO. 2:22-CR-0071-KJM<br><br>ORDER GRANTING MOTION TO REDUCE SENTENCE |

　　　Upon consideration of the unopposed motion of the United States filed under seal on April 14, 2025, and for the reasons set forth in the motion, the Court GRANTS the motion. The Court's October 3, 2022 Judgment imposing a sentence of incarceration of 94 months shall be reduced by 27 months to a total term of 67 months incarceration. All other aspects of the original judgment shall remain in full force and effect.

　　　IT IS SO ORDERED.

DATED: April 16, 2025.

_____
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER GRANTING MOTION TO REDUCE SENTENCE